UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | | |
|---|---|---|
| BEVERLY LYNN C. NOVOA, | ) | No. CV 13-00219-MAN |
| | ) | |
| Plaintiff, | ) | ORDER AWARDING EAJA FEES |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN | ) | |
| Acting Commissioner Of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), filed on October 8, 2014, IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND THREE HUNDRED DOLLARS AND 00/100 ($2,300.00) subject to the terms of the Stipulation.

DATE: October 9, 2014        _____
                             MARGARET A. NAGLE
                             UNITED STATES MAGISTRATE JUDGE

-1-